CONCRETE SERVICE CORP. v. INVESTORS GROUP, INC.

No. 260P86.

Case below: 79 N.C. App. 678.

Petition filed by defendant (Timothy E. Oates) for writ of certiorari to the North Carolina Court of Appeals denied 2 July 1986.

CRUMP v. BD. OF EDUCATION

No. 239P86.

Case below: 79 N.C. App. 372.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 July 1986.

DURING v. SERVICE SYSTEMS CORP.

No. 240P86.

Case below: 79 N.C. App. 369.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 July 1986.

F. RAY MOORE OIL CO., INC. v. STATE OF N. C.

No. 277P86.

Case below: 80 N.C. App. 139.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 July 1986.

FREEMAN v. SPINNAKER POINT, LTD.

No. 228P86.

Case below: 79 N.C. App. 570.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 2 July 1986.